Kevin RODGERS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59376.

Missouri Court of Appeals, Western District.

Oct. 30, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 2001.

Application for Transfer Denied Jan. 22, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John M. Morris, Assisant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA A. BRECKENRIDGE, and LISA WHITE HARDWICK, Judges.

## ORDER

Kevin Rodgers appeals the circuit court's judgment denying his motion for postconviction relief under Rule 29.15. We affirm. Rule 84.16(b).